**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| **DR. CYNTHIA E. KEPPEL,**<br><br>    **PLAINTIFF,**<br><br>  **v.**<br><br>**JEFFERSON SCIENCE ASSOCIATES, LLC,**<br>**SOUTHEASTERN UNIVERSITIES**<br>**RESEARCH ASSOCIATION, INC.,**<br>**JENS DILLING, AND**<br>**SEAN HEARNE,**<br>    **DEFENDANTS.** | **Case No.: 4:26-CV-00112-MSD-LRL** |

## DEFENDANT JENS DILLING'S MOTION TO DISMISS

Defendant Jens Dilling ("Dilling") hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice all claims asserted against him in the Complaint filed by Plaintiff Dr. Cynthia E. Keppel ("Plaintiff"). Defendant has identified the following claims asserted against him.

| Count | Jefferson Science Associates, LLC | Southeastern Universities Research Association, Inc. | Jens Dilling | Sean Hearne |
|---|---|---|---|---|
| Count I — Gender Discrimination in Violation of Title VII, 42 U.S.C. §§ 2000e-2(a) | X | | | |

1

| | | | | |
|---|---|---|---|---|
| Count II — Gender Discrimination in Violation of Title VII, 42 U.S.C. §§ 2000e-2(a) | | X | | |
| Count III — Hostile Work Environment Based on Sex in Violation of Title VII, 42 U.S.C. §§ 2000e-2(a) | X | | | |
| Count IV — Hostile Work Environment Based on Sex in Violation of Title VII, 42 U.S.C. §§ 2000e-2(a) | | X | | |
| Count V — Retaliation in Violation of Title VII, 42 U.S.C. § 2000e-3(a) | X | | | |
| Count VI — Retaliation in Violation of Title VII, 42 U.S.C. § 2000e-3(a) | | X | | |
| Count VII — Gender Discrimination and Hostile Work Environment in Violation of VHRA, Va. Code Ann. §§ 2.2-3900 et seq. | X | | | |
| Count VIII — Gender Discrimination and Hostile Work Environment in Violation of VHRA, Va. | | X | | |

| | | | | |
|---|---|---|---|---|
| Code Ann. §§ 2.2-3900 et seq. | | | | |
| Count IX — Retaliation in Violation of VHRA, Va. Code Ann. §§ 2.2-3900 et seq. | X | | | |
| Count X — Retaliation in Violation of VHRA, Va. Code Ann. §§ 2.2-3900 et seq. | | X | | |
| Count XI — Gender Discrimination, Hostile Work Environment, and Retaliation in Violation of DCHRA, D.C. Code §§ 2-1401.01 et seq. | X | X | X | X |
| Count XII — Post-Employment Defamation Per Se (Virginia Common Law) | X | X | X | |
| Count XIII — Failure to Provide Timely COBRA Notice, 29 U.S.C. § 1166; 29 U.S.C. § 1132(c) | X | | | |
| Count XIV — Interference with ERISA Rights in Violation of ERISA § 510, 29 | X | | | |

| U.S.C. § 1140; 29 U.S.C. § 1132(a)(3) | | | | |
|---|---|---|---|---|
| Count XV — Interference with and Denial of ERISA Rights in Violation of ERISA, 29 U.S.C. §§ 1140, 1132(a)(1)(B), 1132(a)(3) | | X | | |

In support of this Motion, Dilling relies on the accompanying Memorandum in Support, the attached exhibits, and the filed pleadings.

WHEREFORE, for the reasons set forth in the accompanying Memorandum in Support, Defendant Jens Dilling respectfully requests that the Court grant this Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), dismiss all claims asserted against him in Plaintiff's Complaint, and award such other and further relief as the Court deems just and proper.

Date: August 11, 2026       August 10, 2026                    Respectfully submitted,

**JENS DILLING**

/s/ Kristina H. Vaquera
Kristina H. Vaquera (VSB No. 43655)
Milena Radovic (VSB No. 91000)
N. Winston West, IV (VSB No. 92598)
Jackson Lewis P.C.

*Physical Addresses:*
701 E. Byrd Street, 17th Floor
Richmond, Virginia 23219

Dominion Tower
999 Waterside Dr., Ste. 2525
Norfolk, VA 23510

*Mailing Address:*
P.O. Box 85068
Richmond, Virginia 23285

Tel: (757) 648-1448
Fax: (804) 649-0403
Kristina.vaquera@jacksonlewis.com
Milena.radovic@jacksonlewis.com
Winston.west@jacksonlewis.com
*Counsel for Defendant Jens Dilling* 4924-3695-4053, v. 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send a notification of such filing

to all counsel of record, including

Deborah Y. Collins
Brittany C. Robbins
Yeng Collins Law, PLLC
440 Monticello Avenue, Suite 1875
Norfolk, VA 23510
deb@yengcollinslaw.com
brittany@yengcollinslaw.com

I will also send a copy of the foregoing to the following via email:

Ronald J. Kim
Solomon Law Firm, PLLC
1025 Connecticut Avenue, NW, Suite 1000,
Washington, DC 20036
rkim@fedemploylaw.com

*Counsel for Plaintiff*

/s/ Kristina H. Vaquera
Kristina H. Vaquera (VSB No. 43655)
Milena Radovic (VSB No. 91000)
N. Winston West, IV (VSB No. 92598)
Jackson Lewis P.C.

*Physical Addresses:*
701 E. Byrd Street, 17th Floor
Richmond, Virginia 23219

Dominion Tower
999 Waterside Dr., Ste. 2525
Norfolk, VA 23510

*Mailing Address:*
P.O. Box 85068
Richmond, Virginia 23285

Tel: (757) 648-1448

Fax: (804) 649-0403
Kristina.vaquera@jacksonlewis.com
Milena.radovic@jacksonlewis.com
Winston.west@jacksonlewis.com
*Counsel for Defendant Jens Dilling*