**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

**DR. CYNTHIA E. KEPPEL,**

**PLAINTIFF,**

**V.**

**JEFFERSON SCIENCE ASSOCIATES, LLC,**

**DEFENDANTS.**

**Case No.: 4:26-CV-00112-MSD-LRL**

## NOTICE PURSUANT TO LOCAL CIVIL RULE 7(E)

Pursuant to Local Civil Rule 7(E) of the Local Rules for the United States District Court for the Eastern District of Virginia, Defendants Jefferson Science Associates, LLC, Southeastern Universities Research Association, Inc., Jens Dilling, and Sean Hearne (collectively, "Defendants"), by counsel, hereby give notice that the following previously filed Motions to Dismiss the Amended Complaint are fully briefed and now ripe for consideration:

<table>
<tr><th>ECF No.</th><th>Date Filed</th><th colspan="3">Motion</th></tr>
<tr><td>ECF No. 36</td><td>09/08/2026</td><td colspan="3">Defendant Jens Dilling's Motion to Dismiss</td></tr>
<tr><td colspan="2" rowspan="3"></td><td>ECF No. 37</td><td>09/08/2026</td><td>Memorandum in Support of Motion to Dismiss</td></tr>
<tr><td>ECF No. 51</td><td>09/22/2026</td><td>Plaintiff's Memorandum in Opposition to Motion to Dismiss</td></tr>
<tr><td>ECF No. 57</td><td>09/28/2026</td><td>Reply in Support of Motion to Dismiss</td></tr>
<tr><td>ECF No. 38</td><td>09/08/2026</td><td colspan="3">Defendant Southeastern Universities Research Association, Inc.'s Motion to Dismiss Amended Complaint</td></tr>
<tr><td colspan="2"></td><td>ECF No. 39</td><td>09/08/2026</td><td>Memorandum in Support of Motion to Dismiss</td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| | | ECF No. 48 | 09/22/2026 | Plaintiff's Memorandum in Opposition to Motion to Dismiss |
| | | ECF No. 52 | 09/22/2026 | Plaintiff's Affidavit in Opposition (filed re ECF Nos. 38, 40, and 42) |
| | | ECF No. 60 | 09/28/2026 | Reply in Support of Motion to Dismiss |
| ECF No. 40 | 09/08/2026 | Defendant Sean Hearne's Motion to Dismiss Amended Complaint | | |
| | | ECF No. 41 | 09/08/2026 | Memorandum in Support of Motion to Dismiss |
| | | ECF No. 49 | 09/22/2026 | Plaintiff's Memorandum in Opposition to Motion to Dismiss |
| | | ECF No. 52 | 09/22/2026 | Plaintiff's Affidavit in Opposition (filed re ECF Nos. 38, 40, and 42) |
| | | ECF No. 58 | 09/28/2026 | Reply in Support of Motion to Dismiss |
| ECF No. 42 | 09/08/2026 | Defendant Jefferson Science Associates, LLC's Motion to Dismiss Amended Complaint | | |
| | | ECF No. 43 | 09/08/2026 | Memorandum in Support of Motion to Dismiss |
| | | ECF No. 50 | 09/22/2026 | Plaintiff's Memorandum in Opposition to Motion to Dismiss |
| | | ECF No. 52 | 09/22/2026 | Plaintiff's Affidavit in Opposition (filed re ECF Nos. 38, 40, and 42) |
| | | ECF No. 59 | 09/28/2026 | Reply in Support of Motion to Dismiss |

Prior to filing this Notice, counsel for Defendants contacted counsel for Plaintiff by email to advise that the aforementioned Motions were ripe, that Defendants believe the briefs adequately present the issues, and that Defendants intended to submit the Motions for decision on the written briefs without oral argument. Counsel for Plaintiff replied that Plaintiff had "requested oral argument on the motions and our opposition." In response to Defendants' request for clarification, counsel for Plaintiff referred Defendants to "page 1 of each memorandum of law in opposition to each defendant's motion to dismiss." Prior to including the hearing request in the Opposition,

Counsel for Plaintiff did not meet and confer with Counsel with Defendants in accordance with Local Civil Rule 7(E).

Although the Parties disagree on the merits of the Motions to Dismiss and whether a hearing is necessary, Defendants respectfully submit that a hearing is not warranted, unless the Court so desires. The Motions to Dismiss have been fully briefed by both sides, and the parties' written submissions thoroughly set forth their respective positions. The Motions present threshold legal questions concerning the sufficiency of the Amended Complaint—questions the Court can resolve on the pleadings and the briefs alone. Plaintiff's request for a hearing identifies no issue that the briefing fails to address, nor any respect in which oral argument would assist the Court. Oral argument therefore would not aid the decisional process and would only further delay resolution of these threshold questions.

Defendants also note that, in opposing the Motions to Dismiss, Plaintiff has requested leave to file further amended complaints. *See* Pl.'s Mem. in Opp'n to Def. SURA's Mot. to Dismiss, ECF No. 48 at p. 29; Pl.'s Mem. in Opp'n to Def. Hearne's Mot. to Dismiss, ECF No. 49 at p. 15; Pl.'s Mem. in Opp'n to Def. JSA's Mot. to Dismiss, ECF No. 50 at p. 24, 27; Pl.'s Mem. in Opp'n to Def. Dilling's Mot. to Dismiss, ECF No. 51 at 12, pp. 17–18. Because Plaintiff has requested leave to amend the claims at issue, a hearing on the Motions as currently briefed would be of limited utility.

Accordingly, consistent with Local Civil Rule 7(J), Defendants respectfully request that the Court decide the Motions to Dismiss on the written briefs, without a hearing.

Date: October 8, 2026

**JEFFERSON SCIENCE ASSOCIATES, LLC, ET AL.**

By: ______________/s/________________

Kristina H. Vaquera (VSB No. 43655)
Milena Radovic (VSB No. 91000)
N. Winston West, IV (VSB No. 92598)
Jackson Lewis P.C.

*Physical Addresses:*
701 E. Byrd Street, 17th Floor
Richmond, Virginia 23219

Dominion Tower
999 Waterside Dr., Ste. 2525
Norfolk, VA 23510

*Mailing Address:*
P.O. Box 85068
Richmond, Virginia 23285

Tel: (757) 648-1448
Fax: (804) 649-0403
Kristina.vaquera@jacksonlewis.com
Milena.radovic@jacksonlewis.com
Winston.west@jacksonlewis.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I served the foregoing via electronic mail upon the following counsel of record:

Ronald J. Kim, Esq.
SOLOMON LAW FIRM, PLLC
300 Great Oaks Blvd, Suite 312
Albany, NY 12203
rkim@fedemploylaw.com

Dawn C. Stewart, Esq.
SOLOMON LAW FIRM, PLLC
1025 Connecticut Avenue, NW, Suite 1000
Washington, D.C. 20036
dstewart@fedemploylaw.com
*Counsel for Plaintiff*

Date: October 8, 2026

**JEFFERSON SCIENCE ASSOCIATES, LLC, ET AL.**

By: ______________/s/________________
Kristina H. Vaquera (VSB No. 43655)
Milena Radovic (VSB No. 91000)
N. Winston West, IV (VSB No. 92598)
Jackson Lewis P.C.

*Physical Addresses:*
701 E. Byrd Street, 17th Floor
Richmond, Virginia 23219

Dominion Tower
999 Waterside Dr., Ste. 2525
Norfolk, VA 23510

*Mailing Address:*
P.O. Box 85068
Richmond, Virginia 23285

Tel: (757) 648-1448
Fax: (804) 649-0403
Kristina.vaquera@jacksonlewis.com
Milena.radovic@jacksonlewis.com
Winston.west@jacksonlewis.com
*Counsel for Defendants*